**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED SHIMONO, on behalf of himself, all others similarly situated, and the general public,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>HARBOR FREIGHT TOOLS USA, INC.,<br><br>　　　　　　　Defendant. | Case No. 5:16-cv-01052 CAS (MRWx)<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF SETTLEMENT**<br><br>Judge:　　Hon. Christina A. Snyder |

-1-

**TO THE HONORABLE COURT:** Please take notice that the Parties have reached a settlement in this action. The Parties will intend to jointly seek a dismissal of this matter once the terms of the settlement agreement have been finalized.

Dated: April 27, 2017

Respectfully submitted,

/s/ Ronald A. Marron
Ronald A. Marron
**LAW OFFICES OF**
**RONALD A. MARRON**
Ronald A. Marron, Esq.
ron@consumersadvocates.com
651 Arroyo Drive
San Diego, CA 92101
Telephone: (619) 696-9006
Fax: (619) 564-6665

David Elliot
 **LAW OFFICE OF DAVID ELLIOT**
 DAVID ELLIOT
elliot.david@hotmail.com
2028 3rd Avenue
San Diego, CA 92101
Telephone: (858) 228-7997
*Counsel for Ted Shimono*