**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED SHIMONO, on behalf of himself, all others similarly situated, and the general public,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>HARBOR FREIGHT TOOLS USA, INC.,<br><br>　　　　　　Defendant. | Case No. 5:16-cv-01052 CAS (MRWx)<br><br><u>CLASS ACTION</u><br><br>**ORDER DISMISSING CASE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Judge:　　Hon. Christina A. Snyder |

-1-

Presently before the Court is the Parties' Joint Stipulation for Dismissal of Action Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Having read and considered the Parties' Joint Stipulation, and for good cause appearing, the Court hereby **DISMISSES** this action **WITH PREJUDICE** as to Plaintiff Shimono's individual claims and **WITHOUT PREJUDICE** as to Plaintiff Shimono's class action claims, if any.

**IT IS SO ORDERED**:

Dated: May 16, 2017

_____
Hon. Christina A. Snyder
United States District Court Judge